952 A.2d 1022

IN THE MATTER OF ANDREW K. POLEY,
AN ATTORNEY AT LAW.

July 15, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–007, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13, **ANDREW K. POLEY** of **FAIR LAWN,** who was admitted to the bar of this State in 1999, should be suspended from practice for a period of three months and that the suspension should be suspended, based on respondent's guilty plea in the Superior Court of New Jersey, to fourth-degree false swearing, in violation of *N.J.S.A.* 2C:28–2a, conduct that violates *RPC* 8.4(b) (committing a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer);

And the Court having determined from its review of the matter that respondent should be censured for his unethical conduct;

And good cause appearing;

It is ORDERED that **ANDREW K. POLEY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.